# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

ERIC A. AXTELL,

            **Plaintiff,**

            v.                              Civil No. 07-1046-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

            **Defendant.**

## JUDGMENT

    This action is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    Dated: June 5, 2008.

                            **/s/ ANN AIKEN**
                           **United States District Judge**