FILED'08 JUL 02 14:11USDC-ORE

H. PETER EVANS
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 01253

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Eric Axtell**

    **Plaintiff,**

vs.                                                                 Civil No. 07-cv-1046-AA

**Commissioner of Social Security**

    **Defendant.**                                       **ORDER GRANTING AWARD
                                                                    OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $4.56, costs in the amount of $4.60, and attorney's fees in the amount of $3548.25, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 2 day of July, 2008.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**